# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 19, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133979

SHERMAN BELL, #173643

      Plaintiff-Appellant,

v

WAYNE CIRCUIT COURT CLERK,

      Defendant-Appellee.

_____

SC: 133979
CoA: 275352

On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of May 24, 2007, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 19, 2007

jm

_____
Clerk